United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 30, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10537
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OMAR JUSTINO GARCIA-TORRES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:03-CR-7-ALL
--------------------

Before JOLLY, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for

Omar Justino Garcia-Torres (Garcia-Torres) has requested leave to

withdraw from this appeal and has filed a brief as required by

Anders v. California, 386 U.S. 738 (1967). Garcia-Torres has

received a copy of counsel's motion and brief but has not filed a

response. Our independent review of the brief and the record

discloses no nonfrivolous issues for appeal. Counsel's motion

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.